IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) BOGGS PAVING, INC. )<br>(2) CARL ANDREWS BOGGS, III )<br>   a/k/a Drew Boggs )<br>(3) KEVIN HICKS )<br>(4) GREG MILLER )<br>(5) GREG TUCKER )<br>(6) STYX CUTHBERTSON TRUCKING )<br>   COMPANY, INC. )<br>(7) JOHN CUTHBERTSON )<br>   a/k/a Styx Cuthbertson )<br>_____ | **Docket No. 3:13-cr-00204-MOC-DSC** |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Matthew E. Orso, hereby moves this Court to grant his withdrawal as counsel in the above-captioned matter. The undersigned attorney's client, Defendant Carl Andrews Boggs, III, consents to the undersigned withdrawing as counsel in this matter, and new counsel has already filed a notice of appearance on behalf of Mr. Boggs.

Respectfully submitted,

Dated: September 13, 2013

                                                By:    */s/ Matthew E. Orso*
                                                            Matthew E. Orso
                                                            NC State Bar No.: 42409
                                                            McGuireWoods LLP
                                                            201 North Tryon Street, Suite 3000
                                                            Charlotte, NC 28202-4011
                                                            Telephone: 704-373-4629
                                                            Facsimile: 704-343-2300
                                                            E-mail: morso@mcguirewoods.com

                                                            *Attorneys for Defendant*
                                                           *Carl Andrew Boggs, III, a/k/a Drew Boggs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2013, I electronically filed the foregoing Motion to Withdraw As Counsel with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing to the following:

>Jenny Grus Sugar
>Email: jenny.sugar@usdoj.gov
>Benjamin Bain-Creed
>Email: Benjamin.bain-creed@usdoj.gov
>U.S. Attorneys Office
>227 W. Trade Street, Suite 1650
>Charlotte, NC 28202
>*Counsel for the United States of America*
>
>James D. Galyean
>Email: jgalyean@nexsenpruet.com
>William R. Terpening
>Email: wterpening@nexsenpruet.com
>Nexsen Pruet, LLC
>55 E. Camperdown Way
>Suite 400
>Greenville, SC 29601
>*Counsel for Defendant Boggs Paving, Inc.*
>
>J. Preston "Pete" Strom, Jr.
>Email: petestrom@stromlaw.com
>Bakari T. Sellers
>Email: bsellers@stromlaw.com
>Strom Law Firm, LLC
>2110 N. Beltline Blvd.
>Columbia, SC 29204
>*Counsel for Defendant Boggs Paving, Inc.*
>
>S. Frederick Winiker , III
>Winiker Law Firm, PLLC
>435 East Morehead St.,
>Charlotte, NC 28202
>Email: swiniker@winikerlaw.com
>*Counsel for Defendant Kevin Hicks*

Christopher C. Fialko
Rudolf, Widenhouse & Fialko
225 East Worthington, Suite 200
Charlotte, NC 28203
Email: cfialko@rwf-law.com
*Counsel for Defendant Greg Miller*

Jack M. Knight, Jr.
Winston & Strawn LLP
214 N. Tryon Street
Charlotte, NC 28202
Email: jknight@winston.com
*Counsel for Defendant Greg Tucker*

Beattie B. Ashmore
Beattie B. Ashmore, P.A,
650 E. Washington Street
Greenville, SC 29601
Email: beattie@beattieashmore.com
*Counsel for Defendant Styx Cuthbertson Trucking Company, Inc. and John Cuthbertson aka Styx Cuthbertson*

Mark P. Foster, Jr.
Rawls, Scheer, Foster, Mingo & Culp
1011 E. Morehead Street, #300
Charlotte, NC 28204
Email: mfoster@rsfmlaw.com
*Counsel for Defendant Styx Cuthbertson Trucking Company, Inc. and John Cuthbertson aka Styx Cuthbertson*

Charles Jonathan Bridgmon
Law Office of Charles J. Bridgmon, PLLC
5970 Fairview Road, Suite 700
Charlotte, NC 28210
704-552-5270
Fax: 704-552-5271
Email: cjblaw@carolina.rr.com
*Counsel for Defendant Carl Andrews Boggs, III, a/k/a Drew Boggs*

          By: */s/ Matthew E. Orso*
             Matthew E. Orso
             NC State Bar No.: 42409
             *Attorney for Defendant*
             *Carl Andrews Boggs, III, a/k/a Drew Boggs*