IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:13-CR-204-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| CARL ANDREW BOGGS, III, | ) | |
| a/k/a DREW BOGGS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Application[s] for Admission to Practice Pro Hac Vice [for Roy Black and Jacqueline L. Perczek]" (documents #46 and 47) filed on September 13, 2013. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 16, 2013

David S. Cayer
United States Magistrate Judge