UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-204-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARL ANDREW BOGGS, III,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion Requesting Order for

Release of Passport. The Court notes that defendant's supervising probation officer and the

United States Attorney's Office do not object to the return of defendant's passport.  Having

considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Requesting Order for

Release of Passport (#273) is **GRANTED**. The Court hereby authorizes the release of the

passport of Carl Andrew Boggs, III.

Signed: October 16, 2017

Max O. Cogburn Jr.
United States District Judge