|         |                                      |
|---------|--------------------------------------|
| To:     | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| From:   | Valerie Debnam<br>U.S. Probation Officer |
| Subject:| **Carl Andrew Boggs III**<br>Case Number: 0419 3:13CR00204- 002<br>**OUT-OF-COUNTRY TRAVEL** |
| Date:   | 7/5/2018                             |

FILED
CHARLOTTE, NC
JUL 0 6 2018
US District Court
Western District of NC

NORTH CAROLINA WESTERN
MEMORANDUM



Mr. Boggs appeared before Your Honor on November 23, 2015, for Conspiracy to Commit Mail and Wire Fraud in violation of 18:371, and Conspiracy to Commit Money Laundering in violation of 18:1956 (h). Mr. Boggs was sentenced to thirty (30) months imprisonment on each of counts 1 and 21 to run concurrently. He received two (2) years supervised release on each of counts 1 and 21, to run concurrently. Supervised release began on September 15, 2017, in the Western District of North Carolina.

Mr. Boggs has submitted a request to travel to Panama City, Panama, for a family vacation. Mr. Boggs will leave on July 30, 2018 and return on August 4, 2018. He will be staying at Tropic Star in Pinas Bay, Panama.

Mr. Boggs has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Boggs be allowed to travel to Panama as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention in this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: July 5, 2018

*[signature]*

Max O. Cogburn Jr.
United States District Judge